ORIGINAL

**Barry D. Edwards**
Lawyer
1431 Alencastre Street
Honolulu, Hawaii 96816
Telephone: (808) 737-2100
Fax: (808) 732-4499
e-mail: barrydedwards@gmail.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 16 2006

at ____ o'clock and ____ min ____ M
SUE BEITIA, CLERK

March 16, 2006

Hon. Helen Gillmor                              **By Hand Delivery**
Chief United States District Judge
PJKK Federal Courthouse, Third Floor
Honolulu, Hawaii 96850

    Re:   United States v. Chris Tolbert; Cr. No. 04-00401HG-05;
            Letters relating to Mr. Tolbert's sentencing

Dear Judge Gillmor:

    The accompanying eleven letters were received during my recent vacation absence beginning February 26. I returned at noon today, and am submitting the letters directly since the final presentence report has just been made available.

    By copy of this letter and its enclosures, I am informing the government and probation about their content.

                                                  Sincerely,

                                                  Barry D. Edwards

Encl.

cc:   AUSA;
       Probation,
       by hand delivery, w/ encl.