02/23/06

Dear Honorable Judge,

I am writing this letter for my Coach and friend, Chris Tolbert. Ever since I can remember Coach Chris has been a part of my life. At first I knew him as a coach only but over time we have grown very close and he has become a significant part of my life. Coach Chris has always taught me the value of staying in school and staying out of trouble. He always would keep me and my friends "in line" when we would start to fool around too much. He would let us stay at his house and would cook for us when we had nothing else to do. Kind of like keeping us off the streets and out of trouble. Before his son, Koa could drive, Coach Chris and my mom would take turns driving us out to go surf. Always taking time from his busy schedule to help out. Coach Chris is almost like a second father to me and definitely part of my family in my heart. Without Coach Chris I don't think I would be where I am today. I still visit him every time I come home from school on Oahu. I call him when I need advice. He has even flown over to watch me play football on Oahu.

Coach Chris is a true friend. Hopefully, other kids will be as fortunate as I have been to be able to benefit from him and his community involvement in the future.

Thank you,

*Kaniela Tuipulotu*
Kaniela Tuipulotu