To: Honorable Gillmor
Cheif District Judge
U.S Court house
300 Ala Moana Blvr.
Hon, Hi 96850

Dear Sir,                                    2/24/06

I, have known Chris Tolbert
In a variety of capacities for
many years. From Karaoke singing
to working for him. He has also
been a part of youth programs
In west Maui and has always
offered help or volunteered his
time for the youth of west Maui.
He has gone from being just a
friend to someone I consider as
family. Whenever Chris was needed
All one had to do was ask and
Chris would be there. In closing
having Chris as a friend, family
member is something I will
never forget and thank him
for that.

CHARLES K. PHILLIPS

247 Prison St.
Lahaina, Hi 96761
808 - 662-0364