02.26.06
SUNDAY

To whom it may concern:

We are writing this letter on behalf of Chris Tolbert who is a friend of ours and a person who is fun to be with. A person who cares and shows gratitude to the people of the West Maui community, especially to children of all ages. He has given his time to these children in coaching them in basketball and baseball. He has taught them, discipline, responsibility, and respect. Most of all, he has showed them to work together as a team. Being a team and showing team effort was very important. Chris is a loving and caring person to his friends and family. He is a loving father that shows and gives unconditional love to his son, "Kekoa." It is not only seen in his son's eyes but by others. We as friends, have seen Chris coach his son too. From a young boy, through his adolesence years, until he graduated from Lahainaluna High School. He more so has showed his son, the discipline, responsibilities, and the respect to his elders, teammates, friends, and to his one and only... "His Dad, Chris." As a father, Chris had to be sure that Kekoa, his son, would be ready as an adult. To face and conquer whatever life has to offer him. To make the right decisions, the right choices, and to choose the right paths. So, all in all, Chris is a good man, a good friend in everything he has done for us and the West Maui community.

Sincerely,

Juanita "Missy" Ampong
April "Nani" Phillips