March 1, 2006

Honorable Helen Gillmor
Chief United States District Judge
United States Court House
300 Ala Moana Blvd.
Honolulu, Hawaii 96850

Dear Chief Judge Gillmor:

As the former District Administrator for Little League Baseball-Hawaii District 3, which includes the West Maui Little League, Kihei Little League, Maui UpCountry Little League, Central East Maui Little League and the Molokai Little League, I have known Mr. Chris Tolbert for at least twelve years. He has been a tremendous asset to the West Maui sporting and business communities and is well respected by countless young people throughout our community, as well as by many adult individuals throughout Maui County.

While Mr. Tolbert may have had a slip in judgment, I humbly ask your Honor to look favorably on his history of community service. He has served nobly and honorably in several volunteer positions with the West Maui Little League. These positions include those as a Coach, Manager, and Vice President, as well as that of a major sponsor.

Throughout his time in the West Maui community Mr. Tolbert has also volunteered countless hours of his time to the county youth basketball program.

Through his business associates, and his managing of the Lahaina Super Stop, Mr. Tolbert was able to provide visiting teams from Molokai and Lanai with hot meals. He was also instrumental in obtaining housing for groups or individuals visiting from the neighbor islands in various Lahaina condominiums and hotels.

While working for the United Public Workers as the Maui Division Director, I further witnessed Mr. Tolbert's generosity and enthusiasm in assisting Union members in their political endorsements. He undertook those tasks that were assigned him with a great deal of enthusiasm and pride. The true spirit of aloha and generosity are virtues that are a daily part of Mr. Tolbert's life.

Throughout my association with Mr. Tolbert has always done his best for his friends and community.

I believe that as humans we all make mistakes and that no one is perfect. When we err against society, we need to be held accountable for our errors. I believe that my friend Chris Tolbert has taken responsibility for his errors and recognizes and accepts that fact that he will be held accountable for his actions. This experience as well as those that he will shortly face will truly be humbling.

I ask your Honor that you please consider Mr. Tolbert's long standing dedication and commitment to the youth of our community while you contemplate his sentence.

Should you or any member of your staff would like to discuss Mr. Tolbert's community involvement, I would be more than willing to answer questions. I can be reached at (808) 281-2098.

I thank you for your time and energies.

Sincerely,

Eddie Espiritu