March 1, 2006

Honorable Helen Gillmor
Chief United States District Judge
United States Court House
300 Ala Moana Blvd.
Honolulu, Hawaii 96850

Dear Chief Judge Gillmor:

On behalf of Chris Tolbert, I humbly ask for leniency in his sentencing. While I do not condone the actions of my friend, I humbly ask that the Court look favorably at his past history of community service.

I have known Mr. Tolbert for at least twelve years through his association with Little League Baseball. He has been a tremendous asset to the West Maui sporting and business communities. He is well respected by countless young people throughout our community, as well as by many adult individuals throughout Maui County.

While Mr. Tolbert may have had a slip in judgment, I humbly ask your Honor to look favorably on his history of community service. He has served nobly and honorably in several volunteer positions with the West Maui Little League. These positions include those as a Coach, Manager, Vice President, as well as that of a major sponsor.

Throughout his time in the West Maui community Mr. Tolbert has also volunteered countless hours of his time to the county youth basketball program.

Through his business associates, and his managing of the Lahaina Super Stop, Mr. Tolbert was able to provide visiting teams from Molokai and Lanai with hot meals. He was also instrumental in obtaining housing for groups or individuals visiting from the neighbor islands in various Lahaina condominiums and hotels.

Mr. Tolbert has always tried to do his best for his friends and community. I humbly ask that his service to our community be considered in his sentencing.

Sincerely,

Glenn Otani