WAIEHU BEACH PARTNERS
270 Waiehu Beach Road, Suite 101
Wailuku, Hawaii  96793

March 4, 2006

The Honorable Helen Gilmore
Chief United States District Judge
United States Courthouse
300 Ala Moana Blvd.
Honolulu, Hawaii  96850

Dear Honorable Helen Gilmore:

I have known CHRIS TOLBERT for about 11 or 12 years mostly on a professional level but I consider him a friend.  He was the Manager for the SuperStop III convenience store that we subleased.  He has always worked hard and took his responsibilities seriously.  I believe him to be good hearted and caring to his community and especially to the youth in the community by being involved in youth sports as a coach and administrator.

If the question is "Do I trust him?", my answer would always be yes without a doubt, yes.  Thank you for allowing my comment.

Sincerely,

Kyle T. Yamashita
General Partner