Honorable Judge Ellen Gillmer
Chief U.S. District Judge
U.S. Courthouse Hawaii


Your Honor,

    I am writing this letter to you on behalf of Christopher Tolbert who will be appearing before you for sentencing. I am currently a Honolulu Police Sergeant, and have been with the Honolulu Police Department coming on eighteen years. I have known Chris since we were children, through adolescence, and have been recently reacquainted with him in adulthood approximately eight years ago.

    For all the years I've known Chris, we have been more like family than friends. I am greatly disappointed, and surprised in the predicament that faces him in his life today. Throughout the years that I've known Chris, I have never known him to be involved in illegal activity. If this were the case our relationship as friends would have ceased, because of a conflict with my occupation and moral value system. There were no indications that I could see in Chris's behavior that would have led me to believe that he was involved in criminal activity.

    Chris has been gainfully employed in a position of trust as a manager for a fast stop business on Maui, and has held this position for a respectable amount of time. In addition to working full-time, Chris has also contributed positively as a basketball coach in the same community.

    Chris has always been a caring, loving, and enjoyable person to be around. He has been a caring father toward his son, and this relationship with his son is another reason for my correspondence with you.

    Judge Gillmer, I would humbly ask that you show leniency towards Chris in the effort to salvage the life of a man that truly is an asset to society. Chris, as a man, has admitted his responsibility to the charges that were placed against him, and I plead with you to show mercy when rendering his sentence.

    I, along with Chris's family, thank you in advance for taking into consideration our feelings for Chris when it is time for you to make your decision. God Bless you and the position you hold in dealing out fair and equitable justice, additionally for having the capability to consider the human aspects involved in your decision.


With sincere respect,

*[signature]*

Sergeant Andrew Lum
Honolulu Police Department