March 4, 2006

Walter Chihara
896 Puiki Place
Lahaina, Hawaii, 96761
(808) 661-3286

Honorable Helen Gillmor
Chief United States District Judge
United States Courthouse
300 Ala Moana Blvd.
Honolulu, Hawaii, 96850

Your Honor,
In any discussion of the character of a human being, the central focus must go to the heart of that person. We need to look past the outer facade in determining the true spirit of an individual. In reviewing the character of Chris Tolbert then, it is important to look beyond the shell and consider the loving nature within this man.
I know little of the transgressions against the law that Chris may have committed, I only know him as a friend to the Lahaina community in general, and a friend to me and my family in particular. I know him as a volunteer to West Maui youth sports organizations--West Maui Little League Baseball, West Maui Youth Basketball League, West Maui American Youth Soccer Organization--for over twenty years in capacities of coach, administrator, and board member.
I have four children and three of them have played for Coach Chris at one time or another, and I hope my youngest will have the opportunity to someday learn the vital lessons of life that he teaches his players. I can state with utmost confidence that my wife and I would not hesitate to allow our kids to play ball under his guidance now or any time in the future.
In the summer of 2000, Chris and I were part of the coaching staff of the West Maui Little League Baseball Majors All Star team that traveled to Molokai to take part in the District III Tournament. For seven days and six nights we battled our way to the championship final, but lost that game to an outstanding Molokai team. That week remains a highlight of my son's childhood as well as a fond remembrance for me due to the vibrant and loving care that Coach Chris imparted to the team. He was a coach, uncle, and brother to the players and the coaches. He cooked, he told scary stories, and he showed great care for all of the boys as well as his fellow coaches.
At his place of employment--a convenience store in Lahaina--he became a fixture for the locals in the neighborhood because of his happy personality and generous nature. Whenever the kids and I would come in to the store, we would receive a warm greeting, and more times than not, a delicious lunch plate from behind the counter where Chris worked. As it turns out, I guess he was having too much fun during those long graveyard shifts.
Point is however, Chris Tolbert is a man of aloha. (I'm guessing that this is what got him into trouble in the first place.) He is a man that is concerned with the welfare of children and of the community at large. It is important therefore that in sentencing him for the crimes he has committed he be given the consideration of an individual that is a credit to our community and a positive force for humanity.

Thank you for taking the time to read this letter and please feel free to contact me if I can be of any further assistance in this matter. I can be reached by telephone at (808) 661-3286, by email at mwchihara@aol.com, or by mail at 896 Puiki Place, Lahaina, Hawaii, 96761.

Aloha,

Walter Chihara