03/06/06

Dear Honorable Judge,

We are writing this letter on behalf of Chris Tolbert. He has been a good friend of the family for quite a few years now. We first met Coach Chris when my son was playing Little League and County Basketball. Our son is now seventeen. Chris was always coaching and made his presence felt. Even when our son was not on his team, Coach Chris helped him and included him in special events and end of season parties for the kids. Eventually Coach Chris kind of became part of our family even though we didn't spend a lot of time together. Next thing you knew he would come over for the occasional family dinner and for Christmas and Thanksgiving. Always kind and gracious towards all of us. Our son looks up to Coach Chris as a mentor and also as a friend who would always be there for him. We all do. If we have any concerns or questions about what is best for Kaniela we could always ask Coach Chris for his opinion.

We all love Coach Chris. He has always been a faithful and trusting friend. Obviously he has always been a very active member of our community. Without people like him who give there time so freely and compassionately our kids would be missing out on great coaches and community servants.

Thank you very much,

*[signatures]*

Taniela and Penny Tuipulotu