March 7, 2006

Honorable Helen Gillmor
Chief United States District Judge
300 Ala Moana Blvd.
Honolulu, HI. 96850

Your Honor:

Mr. Chris Tolbert has been a friend and part of my family for over 20 years. In a lifetime of 20 years many changes come about to change a person as they grow in life. Chris has been nothing but a positive influence on my for boys ages Jordan 16, Jacob 13, Jarred 11 and Joshua 9. He is a loving, nurturing man with an endless supply of energy.

He has been a great support of the community and the various youth programs including West Maui Youth Basketball ages 5 –15 and West Maui Little League Baseball ages 5 – 17 where he was not only a coach for many years but was on the board as Vice President & President over a period of 5 years. Mr. Tolbert was in the kitchen cooking for fundraisers and on the field moving dirt for renovation. Whatever it took to get done was his attitude.

At his place of work he was a "Working Manager"; he would never ask of anyone to do anything he would not do himself first. Averaging 50 – 60 hours a week in the opening of the business it was due to him that the Super Stop was a success. And to no surprise after his departure in Dec. 2005 the store slowly turned in the wrong direction and closed on Feb. 2006 by the new management team.

In your hands your Honor holds the power to Mr. Tolbert future. Acknowledging what has transpired please take into consideration Mr. Tolbert positive attribute to our community and the many ways his has given of himself to others unselfishly.

Thank You for excepting my letter on behalf of the Arakawa Family I can be reach by phone at (808) 667-0655 or brianarakawa@yahoo.com. or by mail 11 Holomakani Pl. Lahaina, HI. 96761

Mahalo Nui Loa,

Brian Arakawa