To: Honorable Gillmor
Chief District Judge
U.S. Court house
300 Ala Moana Blvd.
Hon, Hi 96850

To the Honorable Judge Gillmor

My name is Wayne Phillips and I work at King Kamehameha III ele. school as a Custodian for 15yrs. I'm writing in support of Chris Tolbert. I've known Chris for some years now and know for a fact that he is a good man. His been involved with our community for a very long time from coaching our youth to lending his time to giving of himself. He's very caring of others and his always there when called upon. For me personally he helped out alot and was always there when i needed him. I am a single dad of 3 kids and i also take care of my mom who is partially paralyze from stroke. And he's always there for them as well. He also is a caring father as well. I can go on but i'll stop and end right here thanks and please save Chris my friend.

Wayne Phillips