To Whom it may Concern;

I am writing this letter on behalf of my Uncle; Chris Tolbert. Uncle Chris isn't blood related, but I wish he was and he might as well have been. He's one of my fathers best friends and long time friend of our family. Uncle Chris has been such an inspiration to me. He has always given me the guidence, support, love, and care when asked or needed of him. He inspired me to never give up in life as I came close many times. His advice always made a difference. I can't imagine not having him around when he's needed. I speak for all of us including his wonderful son Koa. Uncle Chris is a loving father to Koa and raised him so well, he did an incredible job fathering Koa. We all at different times of our lives look forward to Uncle Chris's inspiring words of wisdom and kindness when needed. Aside of his love for his son, family, friends, myself, and my children and my family; He also touches many others in so many ways one of which, our West Maui Community and Youth of all ages. He coached little league and basketball. He was such a wonderful coach; full of love, support, and encourgement. He treat them all fairly and taught them team spirit and good sportmanship. He showed compassion for the youth as if they were his own. My son Kaya 6 years old had a chance to play sports and enjoy the privelage of having Uncle Chris as his coach, my son absolutely adores him. Besides that

Uncle Chris also has a great talent that he shares with almost everyone. His beautiful and amazing singing voice. It always moved me when he sang at our family gatherings. His singing moved me in so many ways; from laughter, enjoyment, entertainment, tears, racing emotions, to just feeling relaxed. He always made us laugh. Laughter is also important and Uncle made sure it was included with his company. He brings so much joy and hope to me and my family. I can't seem to find a way to thank him enough for all that he's done for me, for my children, and my family. He is my family and he has become such an important part of our lives, and we love him as I love my family and children. He will forevermore be a part of me and my family and our community. Uncle Chris is such a beautiful soul and spirit full of love, care, and a positive energy that just surrounds everyone he knows, meets, and loves with a positive environment. His heart is pure and genuine. For as long as I've known him I have admired him. His heart is so big, filled with beauty, and enough ALOHA for everyone. This world would be a better place if we all had heart as grand and genuine as his.

  In closing Uncle Chris is an amazingly wonderful man. He's a loving friend, loving father, a great citizen, and my most wonderful

loving Uncle.

Sincerly,

Sheena Reenay Kaiopuelani Panoke
(maiden name Phillips)

To: Honroble Gilmor
Cheif District Judge
U.S. Cort house
300 Ala moana Blvd.
Honolulu, HI 96850