# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

March 23, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR. 04-00401HG |
| CASE NAME: | U.S.A. vs. (05) CHRISTOPHER TOLBERT |
| ATTYS FOR PLA: | Thomas C. Muehleck |
| ATTYS FOR DEFT: | Barry D. Edwards |
| U.S.P.O.: | Malia Eversole |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Sharon Ross |
| DATE: | March 23, 2006 | TIME: | 2:15 - 2:35 |

COURT ACTION: SENTENCING TO COUNT 1 OF THE FIRST SUPERSEDING INDICTMENT AS TO (05) CHRISTOPHER TOLBERT -

    The defendant is present on bond.
    The Memorandum of Plea Agreement is accepted.
    The Court finds that the defendant qualifies for the "safety valve" provision as set forth in 18 U.S.C. Section 3553(f)(1)thru(5).

    Allocution by defendant.

    ADJUDGED: Impr of 46 mos.

    SUPERVISED RELEASE: 5 yrs upon the following conditions:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

4. That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

6. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

8. That the defendant execute all financial disclosure forms, and provide the Probation Office access to any requested financial information.

9. That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Special assessment: $100.
Advised of rights to appeal the sentence, etc.
MITTIMUS: That the defendant surrender for service of sentence to the institution designated by the Bureau of Prisons by 2:00 p.m. on May 4, 2006.
RECOMMENDATIONS: Sheridan, OR, or in the alternative, Lompoc, CA. That the defendant participate in the 500-Hour Comprehensive Drug Treatment Program and educational and vocational training programs.
Government's Oral Motion to Dismiss Counts 2 thru 7 of the First Superseding Indictment is GRANTED.

Submitted by: David H. Hisashima, Courtroom Manager

# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

March 23, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR. 04-00401HG |
| CASE NAME: | U.S.A. vs. (05) CHRISTOPHER TOLBERT |
| ATTYS FOR PLA: | Thomas C. Muehleck |
| ATTYS FOR DEFT: | Barry D. Edwards |
| U.S.P.O.: | Malia Eversole |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Sharon Ross |
| DATE: | March 23, 2006 | TIME: | 2:15 - 2:35 |

COURT ACTION:  SENTENCING TO COUNT 1 OF THE FIRST SUPERSEDING INDICTMENT AS TO (05) CHRISTOPHER TOLBERT -

   The defendant is present on bond.
   The Memorandum of Plea Agreement is accepted.
   The Court finds that the defendant qualifies for the "safety valve" provision as set forth in 18 U.S.C. Section 3553(f)(1)thru(5).

   Allocution by defendant.

   ADJUDGED: Impr of 46 mos.

   SUPERVISED RELEASE: 5 yrs upon the following conditions:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

4. That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

5.  That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

6.  That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7.  That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

8.  That the defendant execute all financial disclosure forms, and provide the Probation Office access to any requested financial information.

9.  That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Special assessment: $100.
Advised of rights to appeal the sentence, etc.
MITTIMUS: That the defendant surrender for service of sentence to the institution designated by the Bureau of Prisons by 2:00 p.m. on May 4, 2006.
RECOMMENDATIONS: Sheridan, OR, or in the alternative, Lompoc, CA. That the defendant participate in the 500-Hour Comprehensive Drug Treatment Program and educational and vocational training programs.
Government's Oral Motion to Dismiss Counts 2 thru 7 of the First Superseding Indictment is GRANTED.

Submitted by: David H. Hisashima, Courtroom Manager