AO 422 (Rev. 12/85) Warrant for Arrest

ORIGINAL

SEALED
BY ORDER OF THE COURT

# UNITED STATES DISTRICT COURT
## District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| V. | Case Number: CR 04-00401HG-05 |
| CHRIS TOLBERT | |
| (Name and Address of Defendant) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
FEB 2 6 2007
at 10 o'clock and ___ min ___ M
SUE BEITIA, CLERK

YOU ARE HEREBY COMMANDED TO ARREST CHRIS TOLBERT and bring him or her forthwith to the nearest district/ magistrate judge to answer an Indictment , charging him or her with (brief description of offense)

COUNT 1:    Distribute and possess with intent to distribute methamphetamine, a Schedule II controlled substance

COUNT 10:   Use of a communications facility (telephone) in causing or facilitating the commission of a conspiracy to possess with intent to distribute methamphetamine, a Schedule II controlled substance

COUNT 11:   Possess with intent to distribute methamphetamine, a Schedule II controlled substance

in violation of Title 21 United States Code, Section(s) 846, 843(b), and 841(a)(1).

| | |
|---|---|
| Walter A.Y.H. Chinn | Clerk U.S. District Court |
| Name and Title of Issuing Officer | Title of Issuing Officer |
| /s/ Anna Chang | October 14, 2004 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL                          By: Kevin S. C. Chang, United States Magistrate Judge

---

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| Date Received | NAME AND TITLE OF ARRESTING OFFICER  Special Agent Rachel A Byrd | SIGNATURE OF ARRESTING OFFICER  /s/ Rachel A Byrd |
| Date of Arrest  OCT 19 2004 | | |